DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE USERY

No. 31 PC.

Case below: 31 N.C. App. 703.

Petition by claimant for discretionary review under G.S. 7A-31 denied 7 March 1977.

INVESTMENT PROPERTIES v. NORBURN

No. 11 PC.

Case below: 31 N.C. App. 524.

Petition by plaintiffs and defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

LAMBERT v. POWER CO.

No. 52 PC.

Case below: 32 N.C. App. 169.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 March 1977.

LEASING, INC. v. DAN-CLEVE CORP.

No. 40 PC.

Case below: 31 N.C. App. 634.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

McADAMS v. FIDELITY & GUARANTY CO.

No. 37 PC.

Case below: 31 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 March 1977.